IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JON VERNON IMMEL,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                          No. 16-cv-531-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on July 21, 2016 (Doc. 10), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                              BY:  *s/Caitlin Fischer*
                                      **Deputy Clerk**

Dated: July 21, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.07.21
10:24:42 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT