IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JON VERNON IMMEL,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.               No. 16-cv-522-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on July 21, 2016 (Doc. 10), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                JUSTINE FLANAGAN,
                ACTING CLERK OF COURT


                BY:  s/*Caitlin Fischer*
                      **Deputy Clerk**

Dated: August 30, 2016

Judge Herndon
2016.08.30
15:06:31 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT